FILED

JAN 05 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HONORABLE TODD W. ROBINSON)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 21-cr-2764-TWR |
| Plaintiff, | Hon. Todd W. Robinson<br>Date: January 31, 2022<br>Time: 1:30 p.m. |
| v. | |
| RAMON ALBERTO PINEDA-CRUZ, | **ORDER TO FILE DOCUMENTS UNDER SEAL** |
| Defendant. | |

A motion for order to file documents under seal having been made in the above-entitled matter, and the Court being fully advised, and compelling reasons appearing in the motion:

**IT IS ORDERED** that the following documents be filed under seal:

1. Exhibit A, Declaration of Leah Gonzales

**IT IS SO ORDERED.**

DATED: 1/5/22        By: /s/ Todd Robinson

**HON. TODD W. ROBINSON**
United States District Court Judge